UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORENZO BELL,<br><br>             Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | CASE NO. C19-2018<br><br>ORDER |

This matter comes before the Court on Petitioner Lorenzo Bell's motion to vacate, set aside, or correct his sentence, under 28 U.S.C. § 2255 (Dkt. No. 1). Having reviewed Petitioner's motion, the Court hereby ORDERS service and an answer by the Government.

Petitioner pled guilty to possession of cocaine base with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C). *See United States of America v. Lorenzo Bell*, Case No. CR18-0261-JCC, Dkt. Nos. 30, 32 (W.D. Wash. 2019). On June 4, 2019, Petitioner was sentenced to 36 months of imprisonment, followed by 36 months of supervised release. *Id.* at Dkt. No. 40. On December 9, 2019, Petitioner filed a § 2255 habeas petition. (Dkt. No. 1.)

Before directing service and answer to a habeas corpus petition, the Court must determine whether the motion, the files, and the records of the case "conclusively show that the prisoner is entitled to no relief." 28 U.S.C. § 2255(b). Petitioner brings four grounds for relief based on ineffective assistance of trial and appellate counsel. (Dkt. No. 1 at 4–9.) The Court has reviewed

the record, and the record does not conclusively show that Petitioner is entitled to no relief. Therefore, service is proper as to Petitioner's habeas petition. *See* 28 U.S.C. § 2255(b).

Accordingly, the Court hereby ORDERS as follows:

1. The Clerk is DIRECTED to send a copy of this order to Petitioner.

2. If not previously accomplished, electronic posting of this order and petition shall effect service upon the United States Attorney of copies of the § 2255 motion and of all documents in support thereof.

3. Within 45 days after such service, the United States shall file and serve an answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States District Courts. As part of such answer, the United States should state its position as to whether an evidentiary hearing is necessary, whether there is any issue as to abuse or delay under Rule 9, and whether Petitioner's motion is barred by the statute of limitations.

4. On the face of the answer, the United States shall note the answer for consideration by the Court on the fourth Friday after it is filed, and the Clerk shall note the answer accordingly. Petitioner may file and serve a reply to the answer no later than that noting date.

DATED this 28th day of January 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE